# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 09-cr-00352-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

JOSE VERDUSCO-ARZATE,
a/k/a Filiberto Quintana-Solorio,
a/k/a Jose Espinoza,

 Defendant.

---

## ORDER SETTING TRIAL DATES AND DEADLINES

---

  This matter is before the Court upon appearance by counsel.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

  ORDERED that all pretrial motions shall be filed by **September 2, 2009** and responses to these motions shall be filed by **September 11, 2009**.  It is

  FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **October 9, 2009 at 2:30 p.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

  FURTHER ORDERED that a three-day jury trial is set for **October 19, 2009 at 9:00 a.m.**, in Courtroom A602.

  DATED:  August __18__, 2009

              BY THE COURT:

              *Christine M. Arguello*
              _____
              CHRISTINE M. ARGUELLO
              United States District Judge