**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00352-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE VERDUSCO-ARZATE,
a/k/a Filiberto Quintana-Solorio,
a/k/a Jose Espinoza,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to the telephone conference between counsel and Chambers staff, the Change of Plea hearing set for October 23, 2009 at 3:30 p.m. is RESET to **Wednesday, October 21, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse**.**

    DATED:  October 14, 2009